IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIESE,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CREDIT BUREAU OF UKIAH, INC.,<br><br>　　　　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 11-04122 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 1, 2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is January 31, 2013.

DESIGNATION OF EXPERTS: 12/3/12; REBUTTAL: n/a.
　　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is January 31, 2013.

DISPOSITIVE MOTIONS **SHALL** be filed by February 15, 2013;

　　Opp. Due March 1, 2013; Reply Due March 8, 2013;

　　and set for hearing no later than March 22, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 30, 2013 at 3:30 PM.

JURY TRIAL DATE: May 6, 2013 at 8:30 AM.,
　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 10/26/12

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge