IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIESE,<br><br>    Plaintiff,<br><br>  v.<br><br>CREDIT BUREAU OF UKIAH, INC.,<br><br>    Defendant.<br>_____/ | No. C 11-04122 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>February 1, 2013</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>January 31, 2013</u>.

DESIGNATION OF EXPERTS: <u>12/3/12</u>; REBUTTAL: <u>n/a</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>January 31, 2013</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>February 15, 2013</u>;

   Opp. Due <u>March 1, 2013</u>;  Reply Due <u>March 8, 2013</u>;

    and set for hearing no later than <u>March 22, 2013</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>April 30, 2013</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>May 6, 2013</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 10/26/12

_____
SUSAN ILLSTON
United States District Judge