**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NANCY BLIESE,

    Plaintiff,

 v.

CREDIT BUREAU OF UKIAH, INC.,

    Defendant.
                           /

No. C 11-04122 SI

**JUDGMENT**

Defendant's motion for summary judgment is granted. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 18, 2013

_____
SUSAN ILLSTON
United States District Judge