1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   NANCY BLIESE,                              No. C 11-04122 SI

12              Plaintiff,                       **JUDGMENT**

13      v.

14   CREDIT BUREAU OF UKIAH, INC.,

15              Defendant.
                                          /
16   _____

17         Defendant's motion for summary judgment is granted.  Judgment is entered accordingly.

18

19         **IT IS SO ORDERED AND ADJUDGED.**

20

21   Dated: April 18, 2013

22                                        _____

23                                        SUSAN ILLSTON
                                          United States District Judge
24

25

26

27

28

**United States District Court**
For the Northern District of California